[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Katshia Jones )
_____ )
Plaintiff(s), )
)
v. )
Dakkota Integrated )
Systems )
Defendant(s). )

1:20-cv-01730
Judge: Charles R. Norgle, Sr.
Magistrate Judge: Maria Valdez

RECEIVED
MAR 11 2020 AM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is Katshia Jones of the county of Cook in the state of Illinois.
3. The defendant is Dakkota Integrated System, whose street address is 12525 S. Carondolet, (city) Chicago (county) Cook (state) IL (ZIP) 60633
(Defendant's telephone number) (773) – 892-3900
4. The plaintiff sought employment or was employed by the defendant at (street address) 12519 S Burley (city) Chicago (county) Cook (state) IL (ZIP code) 60633

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) May, (day) _____, (year) 2011.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☑ the United States Equal Employment Opportunity Commission, on or about

            (month) Oct (day) 7th (year) 2011.

        (ii) ☐ the Illinois Department of Human Rights, on or about

            (month) Oct (day) 7th (year) 2011.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes   ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) December (day) 12th (year) 2019 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [**check only those that apply**]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.
(b) ☒ terminated the plaintiff's employment.
(c) ☐ failed to promote the plaintiff.
(d) ☐ failed to reasonably accommodate the plaintiff's religion.
(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
(f) ☒ failed to stop harassment;
(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Issue/Basis
Harassment May 2011 through September 2011 Base on Sex
Harassed by Manager Allen Fisher do to sex    Female
and race.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☑ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☑ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☐ Direct the defendant to (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

Natisha Jones
(Plaintiff's signature)

Natisha Jones
(Plaintiff's name)

15739 Pauline Street
(Plaintiff's street address)

(City) Harvey  (State) IL  (ZIP) 60426

(Plaintiff's telephone number) (708) – 275-4063

Date: 3/11/20

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Katisha Jones<br>15738 S. Paulina<br>Harvey, IL 60426 | From: | Chicago District Office<br>230 S. Dearborn<br>Suite 1866<br>Chicago, IL 60604 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2019-00047 | Daniel Lim,<br>State & Local Coordinator | (312) 872-9669 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Julianne Bowman*/jwa     12/12/2019

Julianne Bowman,
District Director

Enclosures(s)                                                          (Date Mailed)

cc:
DAKKOTA INTEGRATED SYSTEMS, LLC
c/o Breanne Dunn, Esq. /
Kathryn Montgomery Moran, Esq.
Jackson Lewis, LLP
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#12W0902.05 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2012CF0959 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Ms. Katishia Jones | TELEPHONE NUMBER (include area code)<br>(708) 339-8726 | |
|---|---|---|
| STREET ADDRESS<br>15739 S. Paulina | CITY, STATE AND ZIP CODE<br>Harvey, IL  60426 | DATE OF BIRTH<br>M   D   YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>Dakkota Integrated Systems, LLC | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br>(773) 892-3900 |
|---|---|---|
| STREET ADDRESS<br>12525 S Carondolet<br>~~12519 S. Burley Avenue~~ | CITY, STATE AND ZIP CODE<br>Chicago, IL  60633 | COUNTY<br>Cook |
| CAUSE OF DISCRIMINATION BASED ON:<br>Sex       Race | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>05/2011                          09/20/2011<br>☐ CONTINUING ACTION | |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.   ISSUE/BASIS

HARASSMENT – MAY 2011 THROUGH SEPTEMBER 2011, BASED ON MY SEX, FEMALE

B.   PRIMA FACIE ALLEGATIONS

1. My sex is female.

2. From May 2011 through September 2011, I have been harassed in the work place by Allen Fisher (male), Manager.

Page 1 of 6

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS  7  DAY OF  October , 2011<br><br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>JACQUELYN TURNER HAMB<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:09/25/13<br><br>NOTARY STAMP | X  Katishia Jones               10-7-11<br>SIGNATURE OF COMPLAINANT        DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 2/09-INT)

Charge Number: 2( 0959
Complainant: Katishia Jones
Page 2 of 6

   3. From May 2011 through September 2011, Fisher has shown favoritism to John Clark, (male), co-worker. I have to report for work 30 minutes before my shift and Clark does not. Fisher allows Clark and other male employees to coach him into accusing me of things he knows I did not do.

   4. Similarly situated males employees such as, John Clark and other males are not treated in this matter.

   5. The harassment created a hostile work environment which substantially interfered with my ability to perform my job duties.

II. A.   ISSUE/BASIS

   HARASSMENT – MAY 2011 THROUGH SEPTEMBER 2011, BASED ON MY RACE, BLACK

   B.   PRIMA FACIE ALLEGATIONS

   1. My race is black.

   2. From May 2011 through September 2011, I have been harassed in the work place by Allen Fisher (white), Manager.

   3. From May 2011 through September 2011, Fisher has shown favoritism to John Clark, (white), co-worker. I have to report for work 30 minutes before my shift and Clark does not. Fisher allows Clark and other male employees to coach him into accusing me of things he knows I did not do.

   4. Similarly situated non-black employees such as John Clark and other non-black employees are not treated in this matter.

   5. The harassment created a hostile work environment which substantially interfered with my ability to perform my job duties.

III. A.   ISSUE/BASIS

   WRITTEN WARNING – MAY 2011, BASED ON MY SEX, FEMALE

   B.   PRIMA FACIE ALLEGATIONS

   1. My sex is female.

   2. I began my employment with Respondent on July 12, 2010. My work performance as material supervisor met Respondent's legitimate expectations.


    3. In May 2011, I was issued a written warning by Allen Fisher (male), Manager for violations that were committed by John Clark (male), co-worker.

    4. Similarly situated male employees are treated more favorably under similar circumstances.

IV.    A. ISSUE/BASIS

WRITTEN WARNING – MAY 2011, BASED ON MY RACE, BLACK

   B.    PRIMA FACIE ALLEGATIONS

    1. My race is black.

    2. I began my employment with Respondent on July 12, 2010. My work performance as material supervisor met Respondent's legitimate expectations.

    3. In May 2011, I was issued a written warning by Allen Fisher (male), Manager for violations that were committed by John Clark (white), co-worker.

    4. Similarly situated non-black employees are treated more favorably under similar circumstances.

V.    A.    ISSUE/BASIS

WRITTEN WARNING – ON OR ABOUT MAY 2011, BASED ON MY RACE, BLACK

   B.    PRIMA FACIE ALLEGATIONS

    1. My race is black.

    2. I began my employment with Respondent on July 12, 2010. My work performance as material supervisor met Respondent's legitimate expectations.

    3. On or about May 2011, I was issued a written warning by Allen Fisher (white), Manager for violations that were committed by John Clark (white), co-worker.

    4. Similarly situated non-black employees. such as John Clark and other non-black employees are treated more favorably under similar circumstances.


VI. A.    ISSUE/BASIS

WRITTEN WARNING – ON OR ABOUT MAY 2011, BASED ON MY SEX, FEMALE

B.    PRIMA FACIE ALLEGATIONS

1. My sex is female.

2. I began my employment with Respondent on July 12, 2010. My work performance as material supervisor met Respondent's legitimate expectations.

3. On or about May 2011, I was issued a written warning by Allen Fisher (male), Manager for violations that were committed by John Clark (male), co-worker.

4. Similarly situated employee John Clark (male) and other male employees' non-black are treated more favorably under similar circumstances.

VII. A.    ISSUE/BASIS

PERFORMANCE IMPROVEMENT PLAN – SEPTEMBER 1, 2011, BASED ON MY SEX, FEMALE

B.    PRIMA FACIE ALLEGATIONS

1. My sex is female.

2. I began my employment with Respondent on July 12, 2010. My work performance as material supervisor met Respondent' legitimate expectations.

3. On September 1, 2011, Allen Fisher (male), Manager, placed me on a performance improvement plan to improve my performance and communication. Fisher scheduled to meet with me every other week but failed to keep our scheduled appointment times and dates.

4. My work performance is comparable to male co-workers, Johnathan Bruzchowski and John Clark, however they were not placed on a performance improvement plan.

Charge Number: 2012CF0959
Complainant: Katishia Jones
Page 5 of 6

VIII. A. ISSUE/BASIS

PERFORMANCE IMPROVEMENT PLAN – SEPTEMBER 1, 2011, BASED ON MY RACE, BLACK

B. PRIMA FACIE ALLEGATIONS

1. My race is black.

2. I began my employment with Respondent on July 12, 2010. My work performance as material supervisor met Respondent' legitimate expectations.

3. On September 1, 2011, Allen Fisher (white), Manager, placed me on a performance improvement plan to improve my performance and communication. Fisher scheduled to meet with me every other week but failed to keep our scheduled appointment times and dates.

4. My work performance is comparable to Johnathan Bruzchowski (white) and John Clark (white), co-workers, however they were not placed on a performance improvement plan.

IX. A. ISSUE/BASIS

DISCHARGE – SEPTEMBER 20, 2011, BASED ON MY SEX, FEMALE

B. PRIMA FACIE ALLEGATIONS

1. My sex is female.

2. I began my employment with Respondent on July 12, 2010. My work performance as material supervisor met Respondent's legitimate expectations.

3. On September 20, 2011, I was discharged. No reason was provided by Yolanda Gardner (female), Human Resources Generalist and Allen Fisher (male), Manager, for my discharge.

4. Similarly situated male employees John Clark and Johnathan Bruzchowski, were not discharged.

X.  A. ISSUE/BASIS

   DISCHARGE – SEPTEMBER 20, 2011, BASED ON MY RACE, BLACK

   B. PRIMA FACIE ALLEGATIONS

   1. My race is black.

   2. I began my employment with Respondent on July 12, 2010. My work performance as material supervisor met Respondent's legitimate expectations.

   3. On September 20, 2011, I was discharged. No reason was provided by Yolanda Gardner (non-black), Human Resources Generalist and Allen Fisher (non-black), Manager, for my discharge.

   4. Similarly situated non-black employees John Clark and Johnathan Bruzchowski were not discharged.

MEE/JJT